UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-26116 |
| WINNERS SPORTS BAR & GRILL, INC ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order Granting Motion for Entry of Final Decree Closing Chapter 11 Case**

      Upon motion filed by Winner Sports Bar & Grill, Inc., for entry of a final decree closing this chapter 11 case; this Court having jurisdiction over the matters set forth in the motion; notice of the motion being appropriate under the circumstances and no further notice being required; good cause existing to grant the relief requested in the motion; and the estate of the above named debtor having been fully administered; IT IS HEREBY ORDERED THAT:

  1. The motion is granted as provided herein;

  2. The chapter 11 case of the above-named debtor is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  December 08, 2016

**Prepared by:**

Treat Law Office, P.C.
33 N. LaSalle St, Suite 2020
Chicago, IL 60602
Phone (708) 217-4192
treatlaw@gmail.com